**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

                                        Chapter 13
                            Case No.: 6:18-bk-03493-ABB

JAMES FRANCIS NAVIN and
CHRISTINE NAVIN,

    Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 21st day of June, 2018.**

                                        Respectfully submitted,

                                        **GHIDOTTI | BERGER, LLP**
                                        *Attorneys for Secured Creditor*
                                        3050 Biscayne Blvd. - Suite 402
                                        Miami, Florida 33137
                                        Telephone: (305) 501.2808
                                        Facsimile: (954) 780.5578

                                        By:    /s/ Chase A. Berger
                                                  Chase A. Berger, Esq.
                                                  Florida Bar No. 083794
                                                  cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**James Francis Navin**
1585 Sherris Lane
Holly Hill, FL 32117

*Joint Debtor*
**Christine Navin**
1585 Sherris Lane
Holly Hill, FL 32117

*Debtors Counsel*
**Stacy A Eckert, Esq.**
2445 South Volusia Avenue - Suite C-1
Orange City, FL 32763

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

*Trustee*
**Laurie K Weatherford**
Post Office Box 3450
Winter Park, FL 32790

By: /s/ Chase A. Berger
Chase A. Berger, Esq.