UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    )
James Navin                               )
Christine Navin                           )          Case No:6:18-bk-03493-ABB
_____ Debtors_____          )

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The Debtors request entry of an order referring the Debtors and Seterus, whose mortgage lien encumbers the Debtors' real property located at: 1585 Sherris Lane, Holly Hill, FL 32117 with a Mortgage Loan Number ending in 3047, to mortgage modification mediation, and in support states:

1. The Debtor(s) filed this Chapter 13 case in an attempt to retain their primary residence.

2. The Debtor(s) would like to modify the terms of the mortgage(s)encumbering their primary residence. The Debtors' income will allow them to contribute as much as 31 percent of their current gross income to payment of their modified mortgage debt.

3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage(s).

WHEREFORE, Debtor(s) requests the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

Dated: July 13, 2018

*/s/ Stacy A. Eckert*

Stacy A. Eckert, Esquire
Florida Bar No.: 0988170
Stacy A. Eckert, P.A.
2445 S. Volusia Avenue, C-1
Orange City, FL 32763
(386) 775-8228
Email: stacyeckert@cfl.rr.com
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished via CM/ECF, U.S. Mail or email this 13th day of July, 2018 to:

James and Christine Navin, 1585 Sherris Lane, Holly Hill, FL 32117
Stacy A. Eckert, Esq., 2445 S. Volusia Avenue, C-1, Orange City, FL 32763
Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL 32790-3450
Seterus, PO Box 11790, Newark, NJ 07101-4790

*/s/ Stacy A. Eckert*